

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00656-CV

Richard **PARKER**,
Appellant

v.

**RAD TRUCKING, LTD.** and Raul Romero Vasquez,
Appellees

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 16-01-32519-MCVAJA
Honorable Amado J. Abascal III, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RODRIGUEZ, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. We tax costs of court for this appeal against Richard Parker.

SIGNED February 14, 2024.

_____
Patricia O. Alvarez, Justice